# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case no: 17-civ.-21979 MGC

OCNIEL OBED GARLOBO NAJARRO,

And SANTIAGO ALBERTO SANTANA,

Vs.

ADRIEN SERVICE STATION, INC.,

ADRIEN BESSON,

    Defendants.

_____/

## Statement of Material Facts in Support of Defendants' Motion for Summary Judgment as to Santiago Alberto Santana

    Come now, Defendants, Adrien Service Station, Inc. and Adrien Besson, and hereby file the following material facts in support of their motion for summary judgment as to Santiago Alberto Santana:

1. Adrien Service Station, Inc. ("Adrien") has always been in the business of repairing automobiles.  Adrien is located at 3600 N.W. 46th Street, Miami FL. (Exhibit 1, affidavit of Ghislaine Philippe).[1]  Adrien has no other shops.

2. Adrien used the services of Mr. Santana since January, 2017 as an independent contractor.

3. Mr. Santana did not have regular hours, but would work when he could.

4. Mr. Santana worked on repairing cars, both foreign and domestic.

5. Mr. Santana's duties as a mechanic for Adrien included replacing and installing brakes, belts/hoses, water pump, alternators, starters, and other auto parts on foreign and domestic vehicles.

6. Adrien is not aware that any of its customers were from out of State.  Adrien does not solicit business from out of state.

_____

[1] All facts are gleaned from Affidavit of Ghislaine Philippe. (Attached Exhibit 1)

7. Adrien has always sourced the parts they use from local distributors in Miami: Advance Auto Plus, Miami, Northside Imports, World Pac, and Junk yards, depending upon the type of repair.

8. Adrien does not and never has ordered parts from out of state or from one line sources.

9. It is not Mr. Santana's duties to use credit card machines, fax machines or internet, nor has he ever done so for Adrien.

10. It is not Mr. Santana's duties to order parts, nor has he ever done so for Adrien.

11. It is not Mr. Santana's duties to pick up parts, nor has he ever done so for Adrien.

12. It is not Mr. Santana's duties to make calls to customers, nor has he ever done so for Adrien.

13. It is not the duty of Mr. Santana to accept credit card payments, or payments of any type from any customer, nor has he ever done so for Adrien.

14. Mr. Santana had no duties with Adrien involving traveling.

15. The yearly gross receipts for Adrien for the year: 2014 was $321,448.00; 2015 was $330,106.00; and 2016 was $332,298.00. The Gross receipts for 2017, through May, 2017 are $140,857.61.

Respectfully Submitted,

Law Office of Joseph S. Shook, Esq.

BY: _____ s/s _____

Joseph S. Shook, Esq., Attorney for Defendants

75 Valencia Ave.,

4th Floor

Coral Gables FL, 33134

(305) 446-4177

Facsimile (305) 446-4565

Shooklaw@bellsouth.net

## *Certificate of Service*

I hereby certify that on _____ day of June, 2017 I electronically filed the forgoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing is being served this day on all counsel of record, or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of Electronic Filing.

By:_____

Joseph S. Shook, Esq.


Service List:

J.H. Zidell, P.A.

Mr. Rivkah F. Jaff, Esq. FBN: 107511

Rivkah.Jaff@gmail.com

And Mr. Neil Tobak, Esq.

Ntobak.zidellpa@gmail.com

Attorneys for Plaintiff

300-71st Street, Suite 605

Miami Beach FL, 33141

(305) 86506766

(305) 865-7167

1

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

Case no: 17-civ.-21979 MGC

OCNIEL OBED GARLOBO NAJARRO,

And SANTIAGO ALBERTO SANTANA,

Vs.

ADRIEN SERVICE STATION, INC.,

ADRIEN BESSON,

      Defendants.

_____/

**Statement of Material Facts in Support of Defendants' Motion for Summary Judgment as to Santiago Alberto Santana**

**EXHIBIT 1**

1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
Case no: 17-civ.-21979 MGC

OCNIEL OBED GARLOBO NAJARRO,

And SANTIAGO ALBERTO SANTANA,

Vs.

ADRIEN SERVICE STATION, INC.,

ADRIEN BESSON,

     Defendants.

_____/

### AFFIDAVIT OF Ghislaine Philippe  IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT as to Santiago Alberto Santana

**STATE OF FLORIDA**           )

                                 )S.S.

**COUNTY OF MIAMI DADE**    )

     BEFORE ME, personally appeared, Ms. Ghislaine Philippe, who after being duly sworn deposes and states that the following is true and correct and based upon my personal knowledge.

1. I help my husband, Adrien Besson, who is the owner of Adrien Service Station, Inc. ("Adrien") coordinate payroll, customer service, ordering parts and book keeping.  Adrien is located at 3600 N.W. 46th Street, Miami FL. Adrien has no other shops.

2. I have authority from Adrien to make these representations.

3. Adrien employed Mr. Santana since January 2017 as an independent contractor. (Annexure A).

4. I am aware of the job duties for Mr. Santana because I have personally witnessed him performing them since January 2017 (When he began work there).

5. I have been in this position for four (4) years.

6. Adrien repairs cars, both foreign and domestic.

7. Adrien has always been in the business of repairing automobiles.

8. Mr. Santana's duties as a mechanic for our shop included replacing and installing brakes, belts/hoses, water pump, alternators, starters, and other auto parts on foreign and domestic vehicles.

9. We have no customers that we are aware of that are from out of State, nor do we solicit business from out of the State.

10. We have always sourced the parts we use locally here from distributors in Miami: Advance Auto Plus, Miami, Northside Imports, World Pac, and Junk yards, depending upon the type of repair.

11. Adrien does not and has never ordered parts from out of state or from one line sources.

12. It is not Mr. Santana's duties to use credit card machines, fax machines or internet, nor has he ever done so for Adrien.

13. It is not Mr. Santana's duties to order parts, nor has he ever done so for Adrien.

14. It is not Mr. Santana's duties to pick up parts, nor has he ever done so for Adrien.

15. It is not Mr. Santana's duties to make calls to customers, nor has he ever done so for Adrien.

16. It is not the duty of Mr. Santana to accept credit card payments, or payments of any type from any customer, nor has he ever done so for Adrien.

17. Mr. Santana had no duties with Adrien involving traveling.

18. The yearly gross receipts for Adrien for the year: 2014 was $321,448.00; 2015 was $330,106.00; and 2016 was $ 332,298.00. (See attached Annexure B). The Gross receipts for 2017, through May, 2017 are $140,857.61.

3

BY: _____

Ms. Ghislaine Philippe


Subscribed and sworn, Ghislaine Philippe, before me on ___26___ day of June, 2017 after having produced ___FIX___ as identification, or who is personally known to me.


BY: _____
Notary Public


LISSETTE NORIEGA
MY COMMISSION # GG000876
EXPIRES August 27, 2020
(407) 398-0153        FloridaNotaryService.com

1

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case no: 17-civ.-21979 MGC

OCNIEL OBED GARLOBO NAJARRO,

And SANTIAGO ALBERTO SANTANA,

Vs.

ADRIEN SERVICE STATION, INC.,

ADRIEN BESSON,

     Defendants.

_____/

### AFFIDAVIT OF Ghislaine Philippe  IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT as to Santiago Alberto Santana

### ANNEXURE A

## INDEPENDENT CONTRACTOR AGREEMENT

This agreement is made and entered into as of January 9, 2017 between Adrien Service Station Inc existing under the laws of the State of Florida  and having its principal offices at,3600 N.W. 46th Street Miami, Florida 33142  and Santiago A Santana.  The company requests the Contractor to perform mechanic services beginning on January 9, 2017

The work performed by the Contractor shall be performed at the rate of $600.00 Weekly.

The Contractor, Santiago Santana, shall not be entitled to worker compensation. The Contractor, agrees to indemnify and hold harmless Adrien Service Station, from any and all claims, demands, losses, causes of action, damage, lawsuits judgements, including attorney's fees and costs, arising out of, or relating to, the contractor's services under this Agreement. This provision shall survive the duration of this Agreement.

Adrien Service Station may terminate this Agreement for any reason upon hours of notice to the Contractor.

Adrien Service Station shall not be responsible for Federal, state and local taxes derived from the Contractor's net income or for the withholding and/or payment of any federal, state and local income and other payroll taxes, workers compensation, disability benefits or other legal requirements applicable to the Contractor.

Company name: Adrien Service Station Inc

Contractor: Santiago A Santana

1

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case no: 17-civ.-21979 MGC

OCNIEL OBED GARLOBO NAJARRO,

And SANTIAGO ALBERTO SANTANA,

Vs.

ADRIEN SERVICE STATION, INC.,

ADRIEN BESSON,

     Defendants.

_____/

## AFFIDAVIT OF Ghislaine Philippe  IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT as to Santiago Alberto Santana

## ANNEXURE B

To all the mechanics

The following is **prohibited**:

1.  Speaking with clients about repairs, prices, estimated time frame, and future repairs. **This is handled only by the office.**
2.  Offering your own service, or any buying or selling.
3.  Requesting personal information from clients. **This is handled only by the office.**
4.  Asking for any type of tip for extra work, or not to record it in the car paperwork.

The following is **very important and mandatory:**

1.  **Always use** security equipment, work goggles, masks, and other available equipment.
2.  For each car, **without exception,** fill in the recommendations in the initial inspection form.
3.  **Always** keep the shop **safe and clean**.

Signature:   [illegible]                            Date: 6/6/17

I, Ricardo Bardo-Portilla, Translator and Interpreter certified by the state of Florida (Certification No. 13-00245 SPA) and by the Administrative Office of the United State Courts, hereby certify that the above document is a true and accurate translation into English.

Ricardo Bardo-Portilla

(No. 13-00245 SPA)

EMILY ALBERTO
MY COMMISSION # FF 181824
EXPIRES: April 8, 2019
Bonded Thru Budget Notary Services

## A TODOS LOS MECANICOS

ES **PROHIBIDO** LOS SIGUIENTES:

1) HABLAR CON LOS CLIENTES DE REPARACION, DE PRECIOS, TIEMPO DE ESTIMADO Y FUTURA REPARACION, ES TRABAJO **SOLO DE LA OFFICINA**.

2) OFRECER SU PROPRIO SERVICIO O CUALQUIER NEGOCIO DE COMPRA O DE VENTA.

3) PEDIR LA INFORMACION PERSONAL A LOS CLIENTES DEL TAILLER, ES TRABAJO **SOLO DE LA OFFICINA.**

4) PREGUNTAR POR NINGUN TYPO DE PROPINA POR TRABAJO EXTRA O QUE NO SEA ANOTADO EN EL PAPEL DEL CARRO.

ES **MUY IMPORTANTE Y OBLIGADO** LOS SIGUIENTES:

1) **SIEMPRE USAR** LOS EQUIPOS DE SEGURIDAD: LENTES DE TRABAJO, MASCARA Y OTROS DISPONIBLES.

2) LLENAR **SIN EXCEPCION** POR CADA CARRO LA FORMA DE INSPECCION INICIAL CON LAS RECOMANDACIONES.

3) MENTENER EL TAILLER **SIEMPRE SEGURO Y LIMPIO.**

FIRMA:                                    FECHA: 6|6|17