**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA**
Case no: 17-civ.-21979 MGC

OCNIEL OBED GARLOBO NAJARRO,
SANTIAGO ALBERTO SANTANA,
and all others similarly situated
under 29 USC 216(b),
Vs.
ADRIEN SERVICE STATION, INC.,
ADRIEN BESSON,
    Defendants.
_____/

## *Defendants' NOTICE OF COMPLIANCE with DE 10*

COME NOW, Defendants, Adrien Service Station, Inc. and Adrien Besson, by and through the undersigned and Notice this honorable court that they have complied with the requirements of DE 10, "Order of Court-Mandated Requirements in FLSA-Based Cases" on this 13th day of July, 2017.

Respectfully Submitted,

Law Office of Joseph S. Shook, Esq.

BY: _____s/s_____

Joseph S. Shook, Esq., Attorney for Defendants

75 Valencia Ave., 4th Floor

Coral Gables FL, 33134

(305) 446-4177

Facsimile (305) 446-4565

Shooklaw@bellsouth.net

## Certificate of Service

I hereby certify that on __13th__ day of July, 2017 I electronically filed the forgoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record, or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of Electronic Filing.

By: _____

Joseph S. Shook, Esq.

## Service List:

J.H. Zidell, P.A.

Mr. Rivkah F. Jaff, Esq. FBN: 107511

Rivkah.Jaff@gmail.com

And Mr. Neil Tobak, Esq.

Ntobak.zidellpa@gmail.com

Attorneys for Plaintiff

300-71st Street, Suite 605

Miami Beach FL, 33141

(305) 86506766

(305) 865-7167