UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-21979-Civ-COOKE/GOODMAN

OCNIEL OBED GARLOBO NAJARRO
all others similarly situated under 29 U.S.C. 216(b)
and SANTIAGO ALBERTO SANTANA CARVAJAL,

    Plaintiffs,

vs.

ADRIAN SERVICE STATION, INC. and
ADRIEN BESSON,

    Defendants.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

THIS CASE is before me upon the Mediator's Report (ECF No. 38). The Parties have amicably resolved this matter. Because this is an action for recovery of wages brought pursuant to the Fair Labor Standards Act, as amended, 29 U.S.C. § 216(B) ("FLSA"), I must scrutinize the Parties' settlement agreement for fairness. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352-55 (11th Cir. 1982).

It is therefore **ORDERED and ADJUDGED** that:

1. The Clerk shall **CLOSE** this case for *administrative purposes only*.
2. All pending motions, **EXCEPT** the Parties' Joint Motion for Approval of Parties' Settlement Agreement (ECF No. 39), are **DENIED** *as moot*.

**DONE and ORDERED** in Chambers, at Miami, Florida, on this 30TH day of August 2017.

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*